# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-1152
LT Case No. 18-2022-CP-575
_____

LUIGI AUDI AND FRANCESCA
AUDI,

    Appellants,

    v.

NICHOLE MUELLER and the
ESTATE OF ANTONIO AUDI,

    Appellees.

_____


On appeal from the Circuit Court for Flagler County.
Linda Lundman Gaustad, Judge.

Shannon McLin and William D. Palmer, of Florida Appeals,
Orlando, for Appellants.

Barry E. Hughes, of South Daytona, for Appellees.

July 23, 2026


PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____